IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE S. MCCLENTON, #240 601, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:16-cv-074-WHA |
| | ) |
| RCC JACKSON HOSPITAL, et al., | )        (WO) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #4), entered on February 8, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1.  Plaintiff's Complaint challenging events which occurred in 2012 are DISMISSED with prejudice under the directives of 28 U.S.C. § 1915(e)(2)(B)(i) as Plaintiff failed to file the Complaint regarding these allegations within the time prescribed by the applicable period of limitation.

2.  This case is DISMISSED prior to service of process.

3.  Final Judgment will be entered accordingly.

DONE this 1st day of March, 2016.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE